IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:03CR179 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| NICHOLAS L. RUDD, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's motion to determine custody of movant, Filing No. 30.   The court has carefully reviewed the motion and is concerned as to whether it has jurisdiction to consider this matter.   Accordingly, the court will order the government to respond to this motion within fourteen days of the date of this order.

THEREFORE, IT IS ORDERED THAT the government shall respond to defendant's motion to determine custody of movant, Filing No. 30, withing fourteen days of this order.

DATED this 17th day of December, 2008.

BY THE COURT:


s/Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Chief Judge